**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re                 )

Rachel Katherine Bardis     )

                       )

_____ Debtor(s). _____ )

**Case No.** 19-27843

**AMENDMENT COVER SHEET**

This form shall not be used to amend or modify plans.

I am amending the following documents:

☐ Petition
☑ Creditor Matrix
☐ List of 20 Largest Unsecured Creditors
☑ Schedules (check appropriate boxes).
    ☑ A/B ☐ C ☐ D ☑ E/F ☐ G ☐ H ☐ I ☐ J
☑ Summary of Schedules of Assets and Liabilities

☐ Statement of Financial Affairs
☐ Statement of Intention
☐ List of Equity Security Holders

A fee of $31 is required for:

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: Jan 28, 2020      Attorney's or *Pro Se* Debtor's Signature:

                                   Printed Name:    Anthony Asebedo

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 24 pages, is true and correct.

Dated: 1/28/20                           Dated:

Rachel Katherine Bardis
Debtor's Signature

_____
Joint Debtor's Signature

### INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. *Notice of the amendment will not be given by the Clerk's Office.* To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." *(NOTE: No personal checks will be accepted.)*

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Rachel Katherine Bardis** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 (Spouse if, filing) | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | 19-27843 | |

☑ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | $    0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................. | $    297,389.69 |
| | 1c. Copy line 63, Total of all property on Schedule A/B....................................... | $    297,389.69 |

### Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $    22,133.42 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................ | $    0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................. | $    10,033,648.74 |
| | | **Your total liabilities**   $    10,055,782.16 |

### Part 3:   Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*......................................... | $    12,499.57 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................... | $    11,219.48 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. What kind of debt do you have?

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information     page 1 of 2

Debtor 1   **Rachel Katherine Bardis**                    Case number *(if known)*  **19-27843**

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                          $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations. (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| Fill in this information to identify your case and this filing: |
|---|

| Debtor 1 | **Rachel Katherine Bardis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number | 19-27843 | | |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ■ Yes

| 3.1 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **GLL 150** | ■ Debtor 1 only | | |
| | Year: | **2013** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **88,178** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Fair condition.** | | ☐ Check if this is community property (see instructions) | **$18,000.00** | **$18,000.00** |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

| 4.1 | Make: | **Malibu** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Wakesetter LSV** | ■ Debtor 1 only | | |
| | Year: | **2001** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Fair-poor condition, with trailer; needs repair.** | | ☐ Check if this is community property (see instructions) | **$6,800.00** | **$6,800.00** |

Debtor 1    **Rachel Katherine Bardis**                    Case number *(if known)*  **19-27843**

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here............................................................=>     $24,800.00

---

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?                    **Current value of the**
                                                                                                     **portion you own?**
                                                                                                     Do not deduct secured
                                                                                                     claims or exemptions.

6.  **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Kitchenware, glasses, plates, serving trays, table cloths, 1 couch, 2 kids beds, misc. decorations (no item exceeds $725 in value). | $1,000.00 |
   |---|---|

7.  **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | 2 TVs, 1 computer, 2 i-pads, 1 phone - spouse. 1 phone - debtor (no item exceeds $725 in value). | $200.00 |
   |---|---|

8.  **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | Bicycle and golf clubs (over seven years old; no item exceeds $725 in value). | $250.00 |
   |---|---|

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

   | Everyday clothes (no item exceeds $725 in value). | $500.00 |
   |---|---|

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

   | Wedding ring ($6,500), gold earrings ($150), costume jewelry (various pieces; $500) | $7,150.00 |
   |---|---|

---

| Debtor 1 | Rachel Katherine Bardis | | Case number *(if known)* | 19-27843 |
|---|---|---|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe ....

| 2 dogs, 1 hamster | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................**

$9,100.00

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.............................................................................................................

| | Cash | $200.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.........................

Institution name:

| 17.1. | Checking | Golden 1, Acct. # XXX1190 | $1,123.40 |
|---|---|---|---|

| 17.2. | Savings | Golden 1, Acct. #XXX190-1 | $260.42 |
|---|---|---|---|

| 17.3. | Checking | Heritage Bank of Nevada, Acct. #XXX2926 | $4,585.87 |
|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them...................
    Name of entity:        % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them

Official Form 106A/B        Schedule A/B: Property        page 3

| Debtor 1 | Rachel Katherine Bardis | | Case number *(if known)* | 19-27843 |
|---|---|---|---|---|

Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | IRA (rollover of former 401(k) account) | Wells Fargo Advisors, Acct. # ****-*335 | $257,320.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............    Institution name and description. Separately file the records of any interests 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

■ Yes. Give specific information about them...

| | | |
|---|---|---|
| | The debtor is a grantor of irrevocable family trust known as the JM Squaglia 2016 Trust, which was set up by the debtor and her spouse in January 2016 with assets from a prior irrevocable trust, both trusts for the benefit of their minor children. As a so-called "intentionally defective grantor trust," in regard to assets in the trust federal income taxes are incurred on an ongoing basis by the debtor and her spouse (rather than by the trust). The debtor and her spouse are not trustees of the trust and have no control over trust assets. This trust is disclosed here as a precautionary measure in the event the Debtor can be considered notwithstanding the above to hold any sort of residual interest therein. | $0.00 |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | Rachel Katherine Bardis | | Case number *(if known)* | 19-27843 |

**28. Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| NOL - 2007 (face amount $1,367,921.00) | **Federal** | **Unknown** |
| NOL - 2008 (face amount $6,337,967.00) | **Federal** | **Unknown** |
| NOL - 2009 (face amount $9,776,691.00) | **Federal** | **Unknown** |
| NOL - 2010 (face amount $2,626.00) | **Federal** | **Unknown** |
| NOL - 2006 (face amount $5,687,465.00) | **State** | **Unknown** |
| NOL - 2007 (face amount $1,608,752.00) | **State** | **Unknown** |
| NOL - 2008 (face amount $6,722,726.00) | **State** | **Unknown** |
| NOL - 2009 (face amount $9,791,632.00) | **State** | **Unknown** |
| NOL - 2010 (face amount $14,377.00) | **State** | **Unknown** |

**29. Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
  ■ No
  ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
  ■ No
  ☐ Yes. Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
  ■ No
  ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:        Beneficiary:        Surrender or refund
                                                    value:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Rachel Katherine Bardis**         Case number *(if known)*   **19-27843**

**32. Any interest in property that is due from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
■ Yes. Describe each claim........

> Bardis v. MP Core Selby Ranch, LLC, et al., Sacramento County Superior Court No. 34-2019-00259725-CU-PO-GDS (claims for negligence, breach of implied warranty of habitability of leased premises, nuisance, etc.; possible value $5,000 - $10,000). Counsel is John C. Miller (No. 143323, El Dorado Hills, CA on contingency-fee basis.        Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................................    **$263,489.69**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest In That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here .....................................    **$0.00**

Debtor 1    **Rachel Katherine Bardis**                                Case number *(if known)*  **19-27843**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...................................................................................................................        **$0.00**

56.  **Part 2: Total vehicles, line 5**                                            **$24,800.00**

57.  **Part 3: Total personal and household items, line 15**                      **$9,100.00**

58.  **Part 4: Total financial assets, line 36**                                  **$263,489.69**

59.  **Part 5: Total business-related property, line 45**                         **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**               **$0.00**

61.  **Part 7: Total other property not listed, line 54**              +          **$0.00**

62.  **Total personal property. Add lines 56 through 61...**           **$297,389.69**    Copy personal property total    **$297,389.69**

63.  **Total of all property on Schedule A/B. Add line 55 + line 62**                              **$297,389.69**

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Rachel Katherine Bardis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** | | |
| Case number | **19-27843** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

    ☐ No. Go to Part 2.

    ■ Yes

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Employment Development Dept** | Last 4 digits of account number _____ | **Unknown** | $0.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Bkptcy Special Procedures Gp** | When was the debt incurred? _____ | | | |
| | **PO Box 826880 MIC 92E** | | | | |
| | **Sacramento, CA 94280-0001** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | Who incurred the debt? Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | Type of PRIORITY unsecured claim: | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Listed for notice purposes** | | | |

Debtor 1   **Rachel Katherine Bardis**                              Case number (if known)    **19-27843**

| 2.2 | **Franchise Tax Board** | Last 4 digits of account number | | **Unknown** | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Section MS A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who Incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a community debt

■ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

**Listed for notice purposes**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | | $0.00 | **Unknown** | **Unknown** |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a community debt

■ Taxes and certain other debts you owe the government

Is the claim subject to offset?

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

**Listed for notice purposes**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.   Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3 If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1   **Rachel Katherine Bardis**          Case number *(if known)*   **19-27843**

---

**4.1** | **Alerus Financial, NA** | Last 4 digits of account number _____ | **Unknown**
Nonpriority Creditor's Name
**401 Demers Ave.**
**Grand Forks, ND 58201** | When was the debt incurred? _____ |
Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
Who incurred the debt? Check one. |

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Civil Action, Sacramento County Superior Court Case No. 34-2007-00882841 (claimant is successor to plaintiff BankFirst South Dakota).**

---

**4.2** | **Bank of America** | Last 4 digits of account number   **3642** | **$15,278.00**
Nonpriority Creditor's Name
**P.O. Box 15019**
**Wilmington, DE 19886-5019** | When was the debt incurred? _____ |
Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
Who incurred the debt? Check one. |

- ■ Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

---

**4.3** | **Bruce Palmbaum** | Last 4 digits of account number _____ | **Unknown**
Nonpriority Creditor's Name
**191 Rock House Circle North**
**Sacramento, CA 95835** | When was the debt incurred? _____ |
Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
Who incurred the debt? Check one. |

- ■ Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Co-debtor on various judgments.**

---

Debtor 1    Rachel Katherine Bardis      Case number (if known)    19-27843

---

**4.4**   **CA State Contactors Licensing Board**
Nonpriority Creditor's Name
**Citation Processing Center**
**12501 East Imperial Hwy., Room 600**
**Norwalk, CA 90650**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Citation #32008-2543 against RKB Construction, Inc. ($1,510) Sacramento County Superior Court Case No. 2008-00017606**

---

**4.5**   **Capital One**
Nonpriority Creditor's Name
**P.O. Box 60599**
**City of Industry, CA 91716-0599**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number      **$180.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.6**   **Cathay Bank**
Nonpriority Creditor's Name
**Successor to Far East Nat'l Bank**
**977 N. Broadway**
**Los Angeles, CA 90012**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number      **$1,000,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Action on guaranty, Los Angeles Superior Court, No. GC042911 (judgment 5/24/2010).**

---

Debtor 1   **Rachel Katherine Bardis** _____     Case number (if known)   **19-27843** _____

| 4.7 | **CDB Family Revocable Trust Est. 1/1/05** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**10630 Mather Blvd.**
**Mather, CA 95655**
Number Street City State Zip Code

When was the debt incurred?   _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Possible co-claimant with Far East National Bank on judgment.**

---

| 4.8 | **CIT Bank, N.A.** | Last 4 digits of account number   **0000** | **Unknown** |

Nonpriority Creditor's Name
**Successor to Indymac Bank**
**888 East Walnut St.**
**Pasadena, CA 91101**
Number Street City State Zip Code

When was the debt incurred?   _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

| 4.9 | **CIT Bank, NA** | Last 4 digits of account number   _____ | **Unknown** |

Nonpriority Creditor's Name
**Successor to IndyMac Bank, FSB**
**95 South Lake Ave.**
**Pasadena, CA 91103**
Number Street City State Zip Code

When was the debt incurred?   _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Action on guaranty , Sacramento County Superior Court Case No. 34-2008-00008823.**

Debtor 1   **Rachel Katherine Bardis**      Case number (if known)   **19-27843**

---

**4.1 0**

**Golden 1 Credit Union**     Last 4 digits of account number   **2143**      **$17,958.00**
Nonpriority Creditor's Name
P.O. Box 15318     When was the debt incurred?
Sacramento, CA 95851-0318
Number Street City State Zip Code     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

- ☑ Debtor 1 only     ☐ Contingent
- ☐ Debtor 2 only     ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only     ☐ Disputed
- ☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community     ☐ Student loans
  debt     ☐ Obligations arising out of a separation agreement or divorce that you did not
  Is the claim subject to offset?    report as priority claims
- ☑ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes     ☑ Other. Specify   **Credit card purchases**

---

**4.1 1**

**IMH Special Asset NT 163, LLC**     Last 4 digits of account number      **Unknown**
Nonpriority Creditor's Name
7001 N. Scottsdale Rd., #2050     When was the debt incurred?   **2008**
Phoenix, AZ 85021
Number Street City State Zip Code     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

- ☐ Debtor 1 only     ☐ Contingent
- ☐ Debtor 2 only     ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only     ☐ Disputed
- ☑ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community     ☐ Student loans
  debt     ☐ Obligations arising out of a separation agreement or divorce that you did not
  Is the claim subject to offset?    report as priority claims
- ☑ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes     ☑ Other. Specify   **Civil Action, Ada County (Idaho) District Court Case No. CVOC 2008-18839.**

---

**4.1 2**

**Irwin Union Bank**     Last 4 digits of account number      **$100,000.00**
Nonpriority Creditor's Name
2520 Venture Oaks Way, Suite 140     When was the debt incurred?   **03/19/09**
Sacramento, CA 95833-4227
Number Street City State Zip Code     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

- ☐ Debtor 1 only     ☐ Contingent
- ☐ Debtor 2 only     ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only     ☐ Disputed
- ☑ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community     ☐ Student loans
  debt     ☐ Obligations arising out of a separation agreement or divorce that you did not
  Is the claim subject to offset?    report as priority claims
- ☑ No     ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes     ☑ Other. Specify   **Civil Judgment, Sacramento County Superior Court Case No. 34-2008-00007203; judgment entered 6/5/2009.**

---

Debtor 1   Rachel Katherine Bardis                                    Case number (if known)   19-27843

| 4.1 3 | **Lamplight Capital and Asset Management** | Last 4 digits of account number _____ | $3,574,965.73 |
|---|---|---|---|

Nonpriority Creditor's Name
10375 Richmond Avenue, Ste. 1010
Houston, TX 77042
Number Street City State Zip Code

When was the debt incurred?     **2009**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Assignee of judgment, Ada Cty. Idaho (CV-OC 0806823, 5/29/09); registered in Sac. Cty. Super. Court (No. 34-2017-00221262; 10/20/17).  Claimant may assert judgment lien.**

| 4.1 4 | **MH 1 Machine Tool USPS** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**Address currently unknown**
Number Street City State Zip Code

When was the debt incurred?     _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **UCC Filing #U 9414404D00**

Debtor 1  **Rachel Katherine Bardis**                          Case number *(if known)*   **19-27843**

| 4.1 5 | **PNC Bank, N.A.** | Last 4 digits of account number | | **$2,199,895.48** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Successor to RBC Bank (USA)**
**222 Delaware Ave.**
**Wilmington, DE 19899**

When was the debt incurred?   **7/22/09**

Number Street City State Zip Code

**Who incurred the debt? Check one:**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                       ☐ Contingent

☐ Debtor 2 only                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community      ☐ Student loans
debt
                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims

■ No                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                     **Judgment on guaranty , Ada County (Idaho)**
                                     **District Court Case No. CV01-17-12905 (Cal.**
                                     **sister-state judgment, Tuolumne County**
☐ Yes        ■ Other. Specify  **Superior Court Case No. CV54906).**

| 4.1 6 | **RBC Centura Bank** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**301 Fayetteville Street**
**Raleigh, NC 27601**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one:**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                       ☐ Contingent

☐ Debtor 2 only                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community      ☐ Student loans
debt
                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims

■ No                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                     **Original holder of judgment, Ada County**
                                     **(Idaho) District Court Case No. CVOC**
☐ Yes        ■ Other. Specify  **086823**

Debtor 1   Rachel Katherine Bardis      Case number (if known)   **19-27843**

---

| | | |
|---|---|---|
| **4.1 7** | **Riddio Construction Company, Inc.** | Last 4 digits of account number _____     **$9,438.00** |

Nonpriority Creditor's Name
c/o Carlos E. Sosa
Law Offices of Hausman & Sosa, LLP
18757 Burbank Blvd., Suite 305
Tarzana, CA 91356-6329

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one:

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Civil Judgment, Corinithian Communities, Inc. Sacramento County Superior Court Case No. 34-2008-00006700 (cross-claim)**

---

| | | |
|---|---|---|
| **4.1 8** | **Travelers Cas. & Surety Co. of America** | Last 4 digits of account number _____     **$126,934.19** |

Nonpriority Creditor's Name
P.O. Box 11055
Orange, CA 92856-8155

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one:

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Civil Judgment, Sacramento County Superior Court Case No. 34-2008-00024790.**

---

Debtor 1   **Rachel Katherine Bardis**          Case number (if known)   **19-27843**

---

| 4.1 9 | **Travelers Casualty and Surety Company** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 11055**
**Orange, CA 92856**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **CA UCC Filing # 17262199907 (6/14/10; lapsed).**

---

| 4.2 0 | **Travelers Casualty and Surety Company** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 11055**
**Orange, CA 92856**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **CA UCC Filing # 087173699494 (11/12/08; lapsed).**

---

| 4.2 1 | **Travelers Casualty and Surety Company** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 11055**
**Orange, CA 92856**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **CA UCC Filing # 087151917988 (03/26/08; lapsed).**

---

Debtor 1   **Rachel Katherine Bardis**

Case number (if known)   **19-27843**

---

| 4.2 2 | | |
|---|---|---|

**Wells Fargo Home Mortgage**
Nonpriority Creditor's Name
**P.O. Box 10335**
**Des Moines, IA 50306-0335**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **5983**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Unknown**

---

| 4.2 3 | | |
|---|---|---|

**West RADC Venture 2010 2 LLC**
Nonpriority Creditor's Name
**101 N. Main Street**
**Logan, UT 84321**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **5/18/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Civil Judgment , Ada County (Idaho) District Court Case No. CVOC 08-06819.**

**$2,988,999.34**

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **BankFirst (South Dakota)** **526 Main** **Brookings, SD 57006** | Line **4.1** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims    ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **c/o Polsindelli LLP** **2049 Century Park East, Ste. 2900** **Los Angeles, CA 90067** | Line **4.13** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims    ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **David H. Arkoosh** **P.O. Box 2817** **Boise, ID 83701** | Line **4.15** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims    ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **Atty. for Lamplight Capital** |
| **First Financial Bank, NA** **successor-in-interest to** | Line **4.12** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims    ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Debtor 1    Rachel Katherine Bardis _____    Case number (if known)    19-27843 _____

**Irwin Union Bank**
**201 North Broadway Street**
**Greensburg, IN 47240**

Last 4 digits of account number

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Hemar Rousso & Heald, LLP** | Line **4.6** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **15910 Ventura Blvd., 12th Fl.** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Encino, CA 91436-2802** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **James G. Stanley** | Line **4.18** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Booth, Mitchel & Stage LLP** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **701 South Parker Street, Suite 650** | |
| **Orange, CA 92868** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Lamplight Cap. & Asset** | Line **4.15** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Management, LLC** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **8081 Arco Corporate Drive, #400** | |
| **Raleigh, NC 27617** | |
| | Last 4 digits of account number    **Assignee of RBC Bank (USA)** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **RBC Bank (USA)** | Line **4.15** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **c/o James P. Kousoulas** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **3161 Michelson Dr., #1500** | |
| **Irvine, CA 92612-4414** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **RBC Real Estate Fin., Inc.** | Line **4.16** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **8081 Arco Corporate Dr., Ste. 400** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Raleigh, NC 27617** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **RCB Centura Bank** | Line **4.16** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **c/o David Arkoosh Law Offices** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **802 W. Bannock St., Ste. 303** | |
| **Boise, ID 83701** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Richard F. Goodson** | Line **4.11** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Hawley Troxell et. al** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **P.O. Box 1617** | |
| **Boise, ID 83701-1617** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Richard Goodson / Haley Troxell** | Line **4.23** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **877 Main Street, Suite 100** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Boise, ID 83701** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Riddio Consruction Co.** | Line **4.17** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **3841 N. Freeway Blvd., #150** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Sacramento, CA 95834** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Steve Cochran, Esq.** | Line **4.1** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Katten Muchin Rosenman, LLP** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **2029 Century Park East, Suite 2600** | |
| **Los Angeles, CA 90067-3012** | |
| | Last 4 digits of account number |

Debtor 1   **Rachel Katherine Bardis**                      Case number (*if known*)   **19-27843**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Thomas A. Seaman, CFA**<br>**2 Park Plaza, Ste. 480**<br>**Irvine, CA 92614** | Line **4.9** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Trevor Hart**<br>**Perry Law, P.C.**<br>**P.O. Box 637**<br>**Boise, ID 83701** | Line **4.23** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **United States Attorney**<br>**(for Internal Revenue Service)**<br>**501 I Street, Suite 10-100**<br>**Sacramento, CA 95814** | Line **2.3** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 10,033,648.74 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 10,033,648.74 |